IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUDITH WILLS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:21-CV-00041-AMM |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Judith Wills ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Defendant"), by and through their undersigned counsel, agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 7th day of June, 2022.

BURKE HARVEY, LLC

By: /s/ Peter H. Burke
Peter H. Burke
3535 Grandview Pkwy, Suite 100
Birmingham, AL 35243
Attorney for Plaintiff

MAYNARD, COOPER & GALE, P.C.

By: /s/
William B. Wahlheim, Jr.
Ashlee D. Riopka
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203-2618
Attorneys for Defendant

1